# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 02, 2023

Mr. William Ellsworth Davis, III
Davis Firm, P.C.
111 W. Tyler Street
Longview, TX 75601

Mr. David Reichenberg
Manatt, Phelps & Phillips, L.L.P.
7 Times Square
New York, NY 01136

    No. 23-40257   In re: Cisco Systems, Incorporated
                           USDC No. 5:22-CV-53

Dear Counsel:

The court has requested that a Response/Opposition to Petitioners' Petition for writ of mandamus be filed in this office on or before May 12, 2023.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    */s/ Dantrell Johnson*

                                    By: _____
                                    Dantrell L. Johnson, Deputy Clerk
                                    504-310-7689

cc:
    Mr. Jorge Benjamin Aguinaga
    Mr. Aaron Martin Panner
    Mr. James Arthur Reeder, Jr.
    Mr. Thomas D. York